ORDERED.

Dated:  May 26, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:15-bk-10459-CCJ |
| | Chapter 7 |
| CRISHNA AVIDASH PERSAUD | |
|     Debtor. | |
| _____/ | |
| ARVIND MAHENDRU, as CHAPTER 7 TRUSTEE FOR CRISHNA AVIDASH PERSAUD, | Adv. Pro. No. 6:17-ap-00064-CCJ |
|     Plaintiff, | |
| v. | |
| CRISHNA AVIDASH PERSAUD, individually, NIRVANA DEBBIE PERSAUD, individually, PREA KAGOLANU, individually, and MORRISON COHEN, LLP, a limited liability partnership, | |
|     Defendants. | |
| _____/ | |

**AGREED ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO ENJOIN NEW YORK STATE COURT ACTION AND EMERGENCY HEARING REQUESTED (DOC. NO. 2)**

THIS CASE came on for consideration upon the *Plaintiff's Motion for Preliminary Injunction to Enjoin New York State Court Action and Emergency Hearing Requested* (the "Motion") (Doc. No. 2). By submission of this Order for entry, the submitting counsel represents that the opposing party consents to its entry. After considering the Motion, and being otherwise fully advised in the premises, it is

**ORDERED:**

1.  The Motion (Doc. No. 2) is **GRANTED**, as set forth herein.

2.  The action styled, *Crishna Avidash Persaud and Nirvana Debbie Persaud vs. Bishen Harricharran, the Estate of Lalbachan Harricharran, and Lalbachan Harricharran,* pending before the Supreme Court of the State of New York, County of Queens, Index. No. 711630/2015 (the "New York Action") is abated pending further order of this Court.

3.  Within five (5) business days of entry of this Order, Morrison Cohen, LLC shall file a copy of this Order in the New York Action.

4.  Notwithstanding anything herein to the contrary, the entry of this Order is without prejudice to the rights of any of the parties at any time to seek entry of an order by this Court lifting the abatement of the New York Action.

5.  Entry of this order (a) is without prejudice to or waiver of any claims, rights, defenses, and objections of any of the parties; and (b) is neither intended nor shall be deemed an admission by any of the parties as to any allegation contained in any pleading of the parties filed in this adversary case or in the underlying New York Action.

| | |
|---|---|
| */s/ Ryan E. Davis* | */s/ Robert K. Dakis* |
| RYAN E. DAVIS | ROBERT K. DAKIS |
| Florida Bar No. 0179851 | Partner |
| rdavis@whww.com | New York Registration No. 4360699 |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | Morrison Cohen LLP |
| | 909 Third Avenue |
| Post Office Box 880 | New York, New York 10022 |
| Winter Park, FL 32790-0880 | Direct Phone: (212) 735-8744 |
| Telephone: (407) 423-4246 | Email**: rdakis@morrisoncohen.com** |
| Fax: (407) 645-3728 | **Website: www.morrisoncohen.com** |
| Attorneys for Arvind Mahendru, Chapter 7 Trustee | Attorneys for Morrison Cohen LLP & Prea Kagolanu |

Ryan E. Davis is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

*Copies furnished via U.S. Mail to:*

**Crishna Avidash Persaud**, 117-06 107th Avenue, South Richmond Hill, NY 11419
**Nirvana Debbie Persaud**, 117-06 107th Avenue, South Richmond Hill, NY 11419
**Prea Kagolanu**, c/o Jason P. Gottlieb, Esq., Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022
**Morrison Cohen LLP**, c/o Stephen I. Budow, Esq., 909 Third Avenue, New York, NY 10022

*Copies furnished via CM/ECF and/or Electronic Mail to:*

**Arvind Mahendru, Trustee**, 5703 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708 (Email: amtrustee@gmail.com)
**Kathleen S. Davies, Esq.**, The Davies Law Firm LLC, 126 East Jefferson Street, Orlando, FL 32801 (Email: kdavies@thedavieslawfirm.com; assistant@thedavieslawfirm.com);
**Jason P. Gottlieb, Esq**., Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022 (Email: jgottlieb@morrisoncohen.com)
**Joseph T. Moldovan, Esq.**, Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022 (Email: jmoldovan@morrisoncohen.com)
**Robert K. Dakis, Esq.,** Morrison Cohen LLP, 909 Third Avenue, New York, NY 10022 (Email: **rdakis@morrisoncohen.com)**
**Henry Graham, Esq.**, Cooper & Paroff P.C., 80-02 Kew Gardens Road, Suite 300, Kew Gardens, NY 11415 (Email: hgraham@cpc-law.com)